**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ARTURO GONZALES, | No. C 03-3116 PJH (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D.L. RUNNELS, Warden, | |
| Respondent. / | |

The court having entered a ruling today denying the petition for writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/12/07

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.03\Gonzales3116.jud.ECK